NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ELIZABETH SHAPIRO,**
*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN
SERVICES,**
*Respondent-Appellee.*

———————————

2012-5152

———————————

Appeal from the United States Court of Federal
Claims in No. 99-VV-0552, Judge Francis M. Allegra.

———————————

**JUDGMENT**

———————————

CLIFFORD J. SHOEMAKER, Shoemaker, Gentry &
Knickelbein, of Vienna, Virginia, argued for petitioner-
appellant.

LYNN E. RICCIARDELLA, Trial Attorney, Torts Branch,
Civil Division, United States Department of Justice, of
Washington, DC, argued for respondent-appellee.  On the
brief were STUART F. DELERY, Principal Deputy Assistant

Attorney General, RUPA BHATTACHARYYA, Director, VINCENT J. MATNAOSKI, Deputy Director, and GABRIELLE M. FIELDING, Assistant Director.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 8, 2013      /s/ Jan Horbaly
Date          Jan Horbaly
                Clerk